## Case No. 15,523.

### UNITED STATES v. KENNEDY.

[1 Cranch, C. C. 312.] [1]

Circuit Court, District of Columbia. June Term, 1806.

FORESTALLING MARKET—INDICTMENT.

An indictment will not lie for forestalling the Georgetown market contrary to the by-law.

Indictment [against M. Kennedy] for forestalling Georgetown market contrary to by-law of Georgetown.

Verdict, guilty.

By the by-law, the penalty is ten dollars and to "be recoverable as in cases of small debts by warrant, one half to the clerk of the market, the other to the use of the corporation."

Judgment arrested.

FITZHUGH, Circuit Judge, absent.